No. 94–5159. MOGHAL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5160. LAWRENCE v. UNITED STATES;
No. 94–5161. LAWRENCE v. UNITED STATES; and
No. 94–5224. LAWRENCE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5162. OLSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5163. MOODY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5164. MONTERO ET AL. v. MEYER ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–5165. PRAIMNATH v. AMERICAN CABLEVISION OF QUEENS, INC. C. A. 2d Cir. Certiorari denied.

No. 94–5166. MIDDLETON v. FORDICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5167. SANTIAGO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5169. SEATON v. ATTORNEY GRIEVANCE COMMISSION. Sup. Ct. Mich. Certiorari denied.

No. 94–5170. AYALA v. LEONARDO, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 94–5172. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5173. JAMESON v. COUGHLIN, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–5174. FROMAL v. MCCAULEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–5175. KRISHNAMURTHY ET AL. v. NIMMAGADDA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.